JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JACK CATES WILLIAMS,  )   Case No. CV 15-03224-DTB
               Plaintiff,  )
                       )   **J U D G M E N T**
       vs.  )
CAROLYN W. COLVIN, Acting  )
Commissioner of Social Security,  )
               Defendant.  )
                       )

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: April 13, 2016

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1