IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – Los Angeles

JACK CATES WILLIAMS,

    Plaintiff,

  v.     Civil Action No.: 2:15-cv-3224-DTB
      (Magistrate Judge David T. Bristow)

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)

    Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $5,450.00, as authorized by 28 U.S.C. §2412, and costs in the amount of $400.00 to be paid from the Judgment Fund, be awarded subject to the terms of the Stipulation.

Dated: July 14, 2016     _____
                         Judge David T. Bristow
                         United States Magistrate Judge